UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN

**State Farm Fire and Casualty Company**
as subrogee of Sharon Bessette
    *Plaintiff*

v.

**Morris Borders**
    *Defendant*

C.A. 1:20-cv-110-GNS

### Plaintiff's Corporate Disclosure Statement

Plaintiff State Farm Fire and Casualty Company ("State Farm") is a non-governmental corporate party. State Farm has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Thursday, June 25, 2020

Respectfully submitted,
LOUISVILLE LAW, PLLC

By: /s/ *Jeffrey E. Hiatt*
Jeffrey E. Hiatt, Esq.
802 Lily Creek Road, Suite 101
Louisville, Kentucky 40243
Office: (502) 254-2110
E-mail: jhiattlaw@gmail.com
*Attorneys for Plaintiff State Farm*